IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                          RESPONDENT

v.                                             No. 4:10-cr-40001-002

PATRICIA HENDRIX                                                                         MOVANT

ORDER

Movant, a Defendant in this criminal matter, has submitted his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. ECF Nos. 52. The Court previously appointed the Federal Defender to represent the Movant and determine if a claim could be made on her behalf pursuant to *Johnson vs. United States of America*, 135 S. Ct. 2551 (2015). The Federal Defender has now moved to withdraw stating there is no viable Claim under *Johnson*. ECF No. 55. This Motion should be granted. I have also reviewed the remaining claims of the Movant and find the Government should respond to these claims.

**IT IS ORDERED** the Motion to Withdraw filed herein by the Federal Defender, (ECF No. 55) is **GRANTED** and the Federal Defender is allowed to withdraw as counsel of record for Movant.

**FURTHER, IT IS ORDERED** the United States of America, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to the issues raised by the Motion (ECF No. 52) within sixty (60) days of the date of this Order.

**ENTERED** this **8th day of August 2016.**

                                                     /s/ Barry A. Bryant
                                                 HON. BARRY A. BRYANT
                                                 UNITED STATES MAGISTRATE JUDGE