IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                          RESPONDENT

v.                                         Case No. 4:10-cr-40001-2
                                           Case No. 4:16-cv-4056

PATRICIA HENDRIX                                                                       MOVANT

## ORDER

Before the Court is the Report and Recommendation filed September 18, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 58. Judge Bryant recommends that Movant Patricia Hendrix's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to U.S.C. § 2255 (ECF No. 52) be denied and the case dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Hendrix's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to U.S.C. § 2255 (ECF No. 52) is **DENIED**. This case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of November, 2017.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge